JUN 13 2025 PM1:25
FILED-USDC-BPT-CT

IN THE UNITED STATES DISTRICT COURT OF CONNETICUT

LENSENDRO LAGUERRE

V

Bank Of America, N.A

Complaint

1. This is a civil action for breach of contract pursuant to the Securities Act of 1933, specifically under 15 U.S.C. § 77b(a)(3) 48 Stat. 74, as amended, concerning the disposition and purchase of a security for value.
2. Plaintiff is an individual residing in Norwalk, Connecticut.
3. Defendant Bank of America, N.A. is a national banking association headquartered at 100 North Tryon Street, Charlotte, NC 28255, and conducts business within the State of Connecticut.
4. Jurisdiction is proper under 15 U.S.C. § 77b and 28 U.S.C. § 1332(a), as the matter in controversy exceeds $75,000 and the parties are of different states.
5. On or about May 24, 2025, Plaintiff entered a consumer credit transaction/contract involving a sale with Defendant Bank of America for the intended acquisition of a 2025 BMW XM, for a total cash equivalent value of $220,000.

6. Plaintiff submitted a credit application/security to Bank of America, which constituted sale a within the meaning of 15 U.S.C. § 77b(a)(3), and which Bank of America accepted and purchased for its full value.
7. Despite having received the benefit of the transaction, Bank of America failed to issue the funds necessary to acquire the BMW. [see exhibit 1]
8. As a result of Defendant's failure to perform and issue the funds, Plaintiff was deprived of the proceeds of the transaction.
9. Wherefore Plaintiff seeks performance and or restitution in the amount of $220,000, and whatever else this court deems just and equitable.

Respectfully submited:

LAGUERRE LENSENDRO

Laguerre Lensendro

June 10th 2025

Bank of America, N.A.

BANK OF AMERICA

May 30, 2025

Exhibit 1

Lensendro Laguerre
26 Broad st
4
Norwalk, CT 06851

Application No.: 70720763

Thank you for your recent application for credit received through Bank of America, N.A. on May 30, 2025. After careful consideration, we were unable to approve your request for the following reason(s):

Principal reasons that apply to Lensendro Laguerre were:

- Insufficient income
- Lien, judgment, charge-off, or settled account. Applicant
- Number of major derogatory accounts and/or public records. Applicant
- Number of major derogatory accounts and recent major derogatory ratio - Applicant

Our decision was based in whole or in part on information we obtained from the consumer reporting agency listed below. The agency played no part in our decision other than providing us information about you and is unable to provide specific reasons why we denied credit to you. Under the Fair Credit Reporting Act, you have the right to know the information contained in your credit file and to dispute with the consumer reporting agency the accuracy or completeness of the information. You can obtain a free copy of your credit report by contacting the agency within 60 days after your receipt of this notice:

Experian National Consumer Assistance Center
P.O. Box 2002
701 Experian Parkway
Allen, TX 75013-0036
1-888-397-3742

**Information About Your Credit Score**

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. Your credit score was 470 as of May 30, 2025. Credit scores can range from a low of 250 to a high of 900. The key factors that adversely affected your credit score are:

- Serious delinquency
- Proportion of balances to credit limits on bank/natl rev accts or other rev accts too high
- Time since delinquency is too recent or unknown
- Number of accounts with delinquency
- Too many inquiries last 12 months

Please note that these factors relate only to your credit score and may not be the reason for our action on the application. If you have questions regarding your credit score or the factors affecting the score, please contact the consumer reporting agency identified above.

Thank you for considering us for your financial needs.

Sincerely,

Bank of America, N.A.
Customer Service Center
FL9-600-02-15
P.O. Box 45144
Jacksonville, FL 32232-5144
1-800-211-3330

**See next page for important information and disclosures**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The right federal agency that administers compliance with this law concerning this creditor is: Bureau of Consumer Financial Protection, 1700 G Street NW, Washington DC 20006.

**For Massachusetts State Residents:**
The federal Equal Credit Opportunity Act and comparable provisions of Massachusetts law prohibits creditors from discriminating against applicants on the basis of race, color, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); or because all or part of the applicant's income derives from any public assistance program. The federal Equal Credit Opportunity Act also prohibits creditors from discriminating against applicants because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with the federal law concerning this creditor is listed above. The state agency that administers compliance with state law is the Massachusetts Commission Against Discrimination, One Ashburton Place, Boston Massachusetts 02108.

You have the right to obtain a free copy of your credit report within 60 days from the consumer credit reporting agency which has been identified on this notice. The consumer credit reporting agency must provide someone to help you interpret the information on your credit report. Each calendar year you are entitled to receive, upon request, one free consumer report.

You have the right to dispute inaccurate information by contacting the consumer credit reporting agency directly. If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the agency must then, within thirty business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency, to be kept in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

**For Ohio State Residents:**
The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**For Utah State Residents:**
The Utah Uniform Consumer Credit Code provides the same rights as the federal Equal Credit Opportunity Act, described above. For residents of Utah the Equal Credit Opportunity Provisions of the Utah Uniform Consumer Credit Code are administered by the Department of Financial Institutions, Heber M. Wells Building, 160 East 300 South, 3rd Floor, Salt Lake City, Utah 84111.

**For Washington State Residents:**
Washington state law against discrimination prohibits use of the sex, race, creed, color, national origin, or marital status of any persons, or presence of any sensory, mental or physical disability, of any person, or the use of a trained guide dog or service dog by a disabled person when determining the creditworthiness of any applicant. The Washington State Human Rights Commission administers compliance with this law.

CERTIFIED MAIL®

From: Layneire Lev Lendro
26 Broad St apt 4
Norwalk CT
06851

9589 0710 5270 2274 3485 40

forever
USA

400

To: ~~Elect~~ U.S District court
915 Lafayette BLVD
Bridgeport CT
06604

ReadyPost®
Document Mailer